**Electronically Filed
Supreme Court
SCWC-29939
05-JAN-2012
02:50 PM**

NO. SCWC-29939

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee

vs.

MICHAEL C. TIERNEY, Petitioner/Defendant-Appellant

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29939; CR. NO. 1P108-6561)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama,
Acoba, Duffy, McKenna, JJ.)

The Application for Writ of Certiorari filed on

November 22, 2011 by Petitioner/Defendant-Appellant Michael C.

Tierney is accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, January 5, 2012.


| | |
|---|---|
| Jack Schweigert, on the application for petitioner/ defendant-appellant. | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| Delanie D. Prescott-Tate, Deputy Prosecuting Attorney, City and County of Honolulu, on the response, for respondent/ plaintiff-appellee. | /s/ James E. Duffy, Jr. |
| | /s/ Sabrina S. McKenna |